1  DAVID MARTINEZ, Bar No. 193183
   DMartinez@rkmc.com
2  **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
   2049 Century Park East, Suite 3400
3  Los Angeles, CA 90067-3208
   Telephone:     (310) 552-0130
4  Facsimile: (310) 229-5800

5  MARTIN R. LUECK (*pro hac vice*)
   MRLueck@rkmc.com
6  EMMETT J. MCMAHON (*pro hac vice*)
   EJMcMahon@rkmc.com
7  **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
   800 LaSalle Avenue
8  2800 LaSalle Plaza
   Minneapolis, MN 55402-2015
9  Telephone:     (612) 349-8500
   Facsimile: (612) 349-4181
10
   MATTHEW B. MCFARLANE (*pro hac vice*)
11 MBMcFarlane@rkmc.com
   **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
12 601 Lexington Ave., 34th Floor
   New York, NY 10022
13 Telephone:     (212) 980-7400
   Facsimile: (212) 980-7499
14
   Attorneys for Plaintiffs
15 QUEST DIAGNOSTICS INCORPORATED
   and QUEST DIAGNOSTICS NICHOLS INSTITUTE
16

17            **IN THE UNITED STATES DISTRICT COURT**

18                **CENTRAL DISTRICT OF CALIFORNIA**

19

| | |
|---|---|
| 20  QUEST DIAGNOSTICS INCORPORATED and<br>21  QUEST DIAGNOSTICS NICHOLS INSTITUTE,<br>22<br>23          Plaintiffs,<br>24          v.<br>25<br>26  MYRIAD GENETICS, INC.,<br>27          Defendant. | Case No. 8:13-cv-1587-AG-DFM<br><br>**AMENDED NOTICE OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Date:   February 3, 2014<br>Time:   10:00 am<br>Ctrm:   10D<br>Judge:  Hon. Andrew J. Guilford |

28

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the Motion for Leave to File First Amended Complaint filed on December 18, 2013 by Plaintiffs Quest Diagnostics Incorporated and Quest Diagnostics Nichols Institute and originally noticed for hearing on January 20, 2014 (Docket No. 32) is hereby renoticed for hearing on February 3, 2014, at 10:00 a.m.

December 19, 2013          Respectfully submitted,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: /s/ David Martinez
      DAVID MARTINEZ

Attorneys for Plaintiffs
QUEST DIAGNOSTICS INCORPORATED
and QUEST DIAGNOSTICS NICHOLS INSTITUTE