UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 13-1587-AG(DFMx) | Date | February 3, 2014 |
| Title | QUEST DIAGNOSTICS INCORPORATED, ET AL v MYRIAD GENETICS, INC | | |

Present: The Honorable    ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David Martinez | Geoff Biegler |
| Martin Lueck, PHV | Jonathan Singer |
| Matthew McFarlane, PHV | |
| Emmett McMahon, PHV | |

**Proceedings:**  1. SCHEDULING CONFERENCE
2. DEFENDANT MYRIAD GENETIC, INC'S MOTION TO DISMISS UNDER RULE 12(b)(1), OR IN THE ALTERNATIVE, TO TRANSFER QUEST'S DECLARATORY JUDGMENT ACTION [DKT #20]
3. PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT [DKT #34]

Cause is called for hearing and counsel make their appearances.  Motions are argued and taken under submission.

The Scheduling Conference is VACATED at this time.

SC: 1
Mtns: 19

:    20

Initials of Preparer    lmb